1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  THOMAS R. GREEN (CABN 203480)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3695
        FAX: (510) 637-3724
7       E-Mail: Thomas.Green@usdoj.gov

8  Attorneys for United States of America

FILED

MAR - 7 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

C to KAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 16-00230 JD |
|---|---|
| Plaintiff, | ) |
| v. | ) APPLICATION AND [P~~ROPOS~~ED] ORDER FOR UNSEALING OF INDICTMENT AND ARREST WARRANT |
| ROGER TUCKER and ANTHONY SIMPSON, | ) **UNDER SEAL** |
| Defendants. | ) |

The United States of America respectfully moves the Court to unseal the entire case. Both defendants have now been arrested, and therefore the grounds for the matter remaining under seal no longer exist.

DATED: March 6, 2017

Respectfully submitted

BRIAN J. STRETCH
United States Attorney

/s/
THOMAS R. GREEN
Assistant United States Attorney

APPLICATION AND [PROPOSED] ORDER
CASE NO. CR 16-00230 JD

## ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the above-captioned matter shall be unsealed and placed on the public docket.

DATE: 3/7/17

_/s/ Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge